NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALTEK SEMICONDUCTOR CORPORATION,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ADVANCED MICRO DEVICES, INC., ATI TECHNOLOGIES ULC,**
*Intervenors*

---

2024-1613

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1318.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2              REALTEK SEMICONDUCTOR CORPORATION V. ITC

(2)  Each side shall bear their own costs.

FOR THE COURT

July 1, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 1, 2024